IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTAY LAVARICE REESE,

    Plaintiff,

v.

JACKSON COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

ORDER

Case No. 23-cv-449-wmc

    Plaintiff Dontay Lavarice Reese, an inmate in the custody of the Sherburne County Jail in Minnesota, has submitted a Certificate of Authorized Prison Official, dkt. 7, which indicates that plaintiff's average monthly deposits for the six-month period immediately preceding the filing of the complaint was $0, and that plaintiff currently has the sum of $0 on account at the Sherburne County Jail. From the documentation filed, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

    Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Dontay Lavarice Reese for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 31st day of July, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge